■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTY ADAMSON, Appellant. [685 NYS2d 644] —Appeal by the defendant from a judgment of the County Court, Nassau County (Orenstein, J.), rendered June 24, 1992, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the pros-

ecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Bracken, J. P., Sullivan, Friedmann and Florio, JJ., concur.